FILED '11 FEB 10 08:31 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(EUGENE DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11- 60017-HO |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | [26 U.S.C. § 7203] |
| | ) | |
| STEPHEN KING, | ) | Willful Failure to File Federal |
| | ) | Income Tax Return |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

[26 U.S.C. § 7203 - Willful Failure to File a Federal Income Tax Return]

During the calendar year 2004, STEPHEN KING, who was a resident of Klamath Falls, Oregon, had and received gross income in excess of $7,950. By reason of that gross income, he was required by law, following the close of the calendar year 2004 and on or before April 15, 2005, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Medford, Oregon,

or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, he did willfully fail, on or about April 15, 2005, in the District of Oregon and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

**COUNT TWO**

[26 U.S.C. § 7203 - Willful Failure to File a Federal Income Tax Return]

During the calendar year 2005, STEPHEN KING, who was a resident of Klamath Falls, Oregon, had and received gross income in excess of $8,200. By reason of that gross income, he was required by law, following the close of the calendar year 2005 and on or before April 17, 2006, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Medford, Oregon, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, he did willfully fail, on or about April 17, 2006, in the District of Oregon and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

**COUNT THREE**

[26 U.S.C. § 7203 - Willful Failure to File a Federal Income Tax Return]

During the calendar year 2006, STEPHEN KING, who was a resident of Klamath Falls, Oregon, had and received gross income in excess of $8,450. By reason of that gross income, he

was required by law, following the close of the calendar year 2006 and on or before April 16, 2007, to make an income tax return to the Internal Revenue Service Center, at Fresno, California, to a person assigned to receive returns at the local office of the Internal Revenue Service at Medford, Oregon, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, he did willfully fail, on or about April 16, 2007, in the District of Oregon and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

DATED this 10th day of February 2011.

DWIGHT C. HOLTON
United States Attorney

SCOTT E. BRADFORD
Assistant U.S. Attorney